DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD A. ZUCKERBROD,**
Appellant,

v.

**HEATHER HASANDRAS,**
Appellee.

Nos. 4D22-2235 and 4D22-2342

[March 23, 2023]

Consolidated appeals of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 502022GA000235.

James M. Kaplan, Robin Corwin Campbell and Jeremy S. Baum of Kaplan Zeena LLP, Miami, for appellant.

Kathryn N. Lewis and Clara C. Ciadella of Kitroser & Associates, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***